IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO.: 4:08CR115-SA

FREDDIE R. MCGEE  DEFENDANT

ORDER ON MOTION

Defendant Freddie R. McGee filed a Motion to Reduce Sentence under Federal Rule of Criminal Procedure 35. The Defendant has since been released from the custody of the Bureau of Prisons. Therefore, the Court finds this motion is MOOT.

SO ORDERED, this the 20th day of January, 2015.

 /s/ Sharion Aycock
 **U.S. DISTRICT JUDGE**